UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANNON JACOBS,<br><br>        Petitioner,<br><br>    v.<br><br>STANDING DIRECTOR OF CDCR,<br><br>        Respondent. | Case No. CV 16-1147-CAS(AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: February 24, 2016

                                          /s/ Christina A. Snyder
                                          _____
                                          Christina A. Snyder
                                          United States District Judge